IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| **RHONDA P. BROOKS,** | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 5:12cv00112 |
| v. | ) |
| | ) |
| **CAROLYN W. COLVIN,** | ) By:  Michael F. Urbanski |
| **Commissioner of Social Security,** | )       United States District Judge |
| | ) |
| Defendant. | ) |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended disposition.  The Magistrate Judge filed a report and recommendation on September 20, 2013, recommending that the Commissioner's motion for summary judgment be granted, the plaintiff's motion for summary judgment be denied, and that the Commissioner's final decision be affirmed.  No objections to the report and recommendation have been filed, and the court is of the opinion that the report and recommendation should be adopted in its entirety.  It is accordingly **ORDERED** and **ADJUDGED** that the plaintiff's motion for summary judgment (Dkt. # 23) is **DENIED**, that the Commissioner's motion for summary judgment (Dkt. # 19) is **GRANTED**, that the Commissioner's final decision is **AFFIRMED**, and that this matter is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered:  November 13, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge